LMH

**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Davis, | No. CV 06-0766-PHX-DGC (MEA) |
| Plaintiff, | **ORDER** |
| vs. | |
| Joseph M. Arpaio, et. al, | |
| Defendants. | |

Plaintiff, currently confined in the Fourth Avenue Jail in Phoenix, Arizona, has filed a *pro se* Complaint pursuant to § 1983. Plaintiff has not paid the $250.00 filing fee, nor has he properly applied to proceed *in forma pauperis*.

**A.    Payment of Filing Fee**

Pursuant to 28 U.S.C. § 1915(b)(1), Plaintiff must pay the $250.00 filing fee when he files a civil action. If granted the privilege of proceeding *in forma pauperis*, he will be permitted to pay the fee incrementally instead of in a lump sum. To apply to proceed *in forma pauperis*, a prisoner must submit an affidavit of indigence, a consent to collection of fees from the prisoner's trust account, and a certified copy of his trust account statement for the six months preceding the filing of the Complaint. If Plaintiff was held at more than one institution for the six months preceding the filing of the Complaint, he must include a certified account statement from an appropriate official at each of the institutions where he was confined.

**JDDL**

The Court then shall assess and, when funds exist, collect an initial partial filing fee of 20% of the greater amount of either the average monthly deposits or the average monthly balance in Plaintiff's account for the six months immediately preceding the filing. 28 U.S.C. § 1915(b)(1). After payment of the initial partial filing fee, Plaintiff shall be required to make monthly payments equaling 20% of the preceding month's income credited to his account. 28 U.S.C. § 1915(b)(2). The agency having custody of Plaintiff will forward payments from his account to the Clerk of Court each time the amount in the account exceeds $10.00 until the filing fee is paid. Id.

**B.    Application Fails to Comply With Statute**

Plaintiff has submitted an affidavit of indigence and a consent to collection of fees from his trust account. He has not, however, submitted a certified copy of his trust account statement. He must have the appropriate official fill out the Certificate of Correctional Official as to Status of Applicant's Trust Account and attach an Inmate Account Statement. In light of this deficiency, Plaintiff will be permitted 30 days to file a properly *certified* six-month trust account statement.

**C.    Warning of Possible Dismissal Pursuant to Rule 41**

Plaintiff should take notice that if he fails to timely comply with every provision of this Order, or any order entered in this matter, this action will be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. See Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir.) (district court may dismiss action for failure to comply with any order of the Court), cert. denied, 506 U.S. 915 (1992).

**IT IS THEREFORE ORDERED THAT:**

(1) Plaintiff shall have **30 days** from the date this Order is filed in which to either pay the $250.00 filing fee or properly apply to proceed *in forma pauperis* as described in this Order.

(2) The Clerk of Court is directed to enter dismissal of this action without prejudice and without further notice if Plaintiff fails to comply within 30 days.

- 2 -

JDDL

1       (3)  The Clerk of Court shall send Plaintiff an Application to Proceed *In Forma*
2  *Pauperis* by a Prisoner Civil (Non-Habeas).
3       DATED this 13th day of April, 2006.

```
                                    _____
                                           David G. Campbell
                                       United States District Judge
```

_____
Name and Prisoner/Booking Number

_____
Place of Confinement

_____
Mailing Address

_____
City, State, Zip Code

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

_____,  )
                                 )
                    Petitioner,  ) CASE NO. _____
                                 )
            vs.                  )
                                 )              APPLICATION TO PROCEED
_____,  )              *IN FORMA PAUPERIS*
                   Respondent(s).)                  BY A PRISONER
                                 )                     (HABEAS)

    I, _____, declare, in support of my request to proceed in the above entitled case without prepayment of fees under 28 U.S.C. § 1915, that I am unable to pay the fees for these proceedings or to give security therefor and that I believe I am entitled to relief.

    In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently employed at the institution where you are confined?    ☐Yes    ☐No
   If "Yes," state the amount of your pay and where you work. _____
   _____
   _____

2. Do you receive any other payments from the institution where you are confined?    ☐Yes    ☐No
   If "Yes," state the source and amount of the payments. _____
   _____
   _____

98-ifphab
Revised 6/98

1

3. Do you have any other sources of income, savings, or assets either inside or outside of the institution where you are confined?                                                                                          GYes        GNo
   If "Yes," state the sources and amounts of the income, savings, or assets. _____

I declare under penalty of perjury that the above information is true and correct.

_____                          _____
         DATE                                                SIGNATURE OF APPLICANT

CERTIFICATE OF CORRECTIONAL OFFICIAL
AS TO STATUS OF APPLICANT'S TRUST ACCOUNT

I, _____, certify that as of the date applicant signed this application:
       (Printed name of official)

The applicant's trust account balance at this institution is:  $_____.

_____
DATE             AUTHORIZED SIGNATURE         TITLE/ID NUMBER            INSTITUTION